**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donald McLEOD, Jr., Defendant–**
**Appellant.**

No. 10–7700.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 18, 2011.

Donald McLeod, Jr., Appellant Pro Se. J. Frank Bradsher, Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald McLeod, Jr., appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McLeod,* No. 7:01–cr–00042–F–1 (E.D.N.C. Nov. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*